State v. Behrendt, 124 Hawai'i 90, 106, 237 P.3d 1156, 1172 (2010) (citation omitted). The HRE Rule 403 balancing is reviewed for an abuse of discretion. Richie, 88 Hawai'i at 37, 960 P.2d at 1245.

██ Here, the evidence of Hilario and Akau's involvement in the Safeway Robbery was strong. The complaining witness, Moore, had seen both men and could identify them and the possible fruits of and weapon used in the crime were found with the men three days later. Crawford saw the Safeway Robbery and knew Moore well, so could identify him and corroborate part of his testimony. Although four months elapsed between the Safeway Robbery and the shooting in this case, Crawford testified that during that interval Hilario contacted her on numerous occasions to set up a "meeting" with Moore. There was great need for this evidence as it provided the motive and evidence of intent for the instant offenses. There was no alternate proof, as Moore was dead and while Crawford testified that she saw the Safeway Robbery being committed, she did not know who Akau was and could not testify to what was said between Moore and Akau or whether the crime had been completed.

██ Finally, the evidence would not have "roused the jury to overmastering hostility" as they were well aware that the Safeway Robbery was alleged to have been the reason for the charged offenses. In addition, limiting instructions were given before the jury heard the audiotape of Moore's Testimony and before the testimony of each of the two arresting officers was given. The jury was instructed that information in Moore's Testimony could not be used to conclude that Hilario was of bad character and therefore more likely to have committed the crimes he was charged for in the instant case. It is presumed that the jury will follow the court's instructions. State v. Acker, 133 Hawai'i 253, 278, 327 P.3d 931, 956 (2014) (limiting instructions regarding use of defendant's convictions "dissipated the risk of prejudice to [defendant] because a jury is presumed to follow the instructions it is given by the court.")

## IV.

Based on the foregoing, we vacate the July 25, 2013 Judgment of Conviction and Sentence entered by the Circuit Court of the Fifth Circuit and remand this case for proceedings consistent with this Opinion.

394 P.3d 788

**WHEELS OF JUSTICE, LLC, a Nevada limited liability company, Plaintiff-Appellant,**

v.

**TITLE GUARANTY ESCROW SERVICES, INC., Defendant/Cross-Claim Defendant/Cross-Claimant-Appellee;**

**Island Title Corporation, Defendant/Cross-Claimant/Cross-Claim Defendant-Appellee;**

**Clinton Hinchcliff, Jr.; Clinton Hinchcliff, Sr.; Hinchcliff Investments, LLC, Defendants/Cross-Claim Defendants-Appellees;**

and

**John and Jane Does 1-20; Doe Corporations, Partnerships and/or other Entities 1-20, Defendants**

and

**Island Title Corporation and Title Guaranty Escrow Services, Inc., Third-Party Plaintiffs-Appellees,**

v.

**Nimble Land, Inc., Third-Party Defendant-Appellee**

and

**Nimble Land, Inc., Cross-Claimant-Appellee,**

v.

**Clinton Hinchcliff, Jr.; Clinton Hinchcliff, Sr.; Hinchcliff Investments, LLC, Cross-Claim Defendants-Appellees**

**NO. CAAP-14-0000758**

Intermediate Court of Appeals of Hawai'i.

May 10, 2017

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 09-1-0178K)

**559**

## SUMMARY DISPOSITION ORDER
Vacate. Remand.

394 P.3d 789

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**James A. GARCIA, Defendant-Appellee.**

**NO. CAAP-16-0000546**

Intermediate Court of Appeals of Hawai'i.

May 10, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 15-1-0400)

## SUMMARY DISPOSITION ORDER
Affirm.

394 P.3d 789

**WELLS FARGO BANK N.A., as trustee for the Certificateholders of Carrington Mortgage Loan Trust, Series 2007-FRE1 Asset-Backed Pass-Through Certificates, Plaintiff-Appellee,**

v.

**Roger Lee LACUESTA and Celeste Kuuipo Lacuesta, Defendants-Appellants,**

and

**State of Hawai'i Department of Taxation and Hawaiian Tel Federal Credit Union, Defendants-Appellees,**

and

**John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50; and Doe Governmental Units 1-50, Defendants**

**NO. CAAP-14-0001121**

Intermediate Court of Appeals of Hawai'i.

May 15, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-1005)

## SUMMARY DISPOSITION ORDER
Affirmed.

394 P.3d 789

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Alverna ROBERTSON, Defendant-Appellee**

**NO. CAAP-16-0000130**

Intermediate Court of Appeals of Hawai'i.

May 16, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-1353)

## SUMMARY DISPOSITION ORDER
Vacated and remanded.

394 P.3d 789

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Plaintiff-Appellee,**

v.

**Whitley UNGA, Dawn Unga, Eddie Unga, Meliame Unga, Defendants-Appellants,**

and

**Haroldine Tripp, Jeffrey Tripp, Defendants-Appellees,**

and

**John Does 1-50 and Jane Does 1-50, Defendants**

**NO. CAAP-14-0001161**

Intermediate Court of Appeals of Hawai'i.

May 17, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT